# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARK V. GRIMES,**

> **Plaintiff,**

**-vs-**                                                    **Case No.  6:11-cv-568-Orl-31DAB**

**COMMISSIONER OF SOCIAL
SECURITY,**

> **Defendant.**

_____

# ORDER

On June 18, 2012, Magistrate Judge Baker entered a Report and Recommendation (Doc. 18), recommending that the decision of the Commissioner be reversed and remanded.  Defendant filed timely objections to the Report (Doc. 19).  Plaintiff responded (Doc. 20).  Upon *de novo* review of the above, it is, therefore

**ORDERED** that:

1.     The Report and Recommendation of the Magistrate Judge is Confirmed and Adopted;

2.     The Decision of the Commisioner is **REVERSED AND REMANDED** pursuant to Sentence Four of 42 U.S.C. § 405(g) for rehearing consistent with the Report and

Recommendation.  The Clerk is directed to enter judgment in favor of the Plaintiff and close the

file.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida on August 7, 2012.

 

 

                                    **GREGORY A. PRESNELL**
                                    **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

-2-